David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, CHRISTOPHER J. GERHARTZ*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER J. GERHARTZ,<br><br>Plaintiff,<br><br>v.<br><br>M&T BANK CORP; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:16-cv-01713-RFB-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Plaintiff CHRISTOPHER J. GERHARTZ and EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 10, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Bradley T. Austin, Esq.<br>Bradley T. Austin, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorney for Defendant Equifax Information Services, LLC* |

## **ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 16th day of October, 2016.